# United States Court of Appeals for the Federal Circuit

———————————

August 6, 2014

**ERRATA**

———————————

Appeal No. 2013-1561

**SCRIPTPRO, LLC AND SCRIPTPRO USA, INC.,**
*Plaintiffs-Appellants,*

**v.**

**INNOVATION ASSOCIATES, INC.,**
*Defendant-Appellee.*

Decided: August 6, 2014
Precedential Opinion

———————————

Please make the following change:

Page 2, line 7, change "were invalid" to --are invalid--.